**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1135**

_____

ACCESS FOR THE DISABLED, INCORPORATED, a Florida not for
profit corporation; DENISE PAYNE, Individually,

Plaintiffs - Appellants,

v.

J.C. PENNEY PROPERTIES, INCORPORATED,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    Charles  B.  Day,  Magistrate Judge.
(8:09-cv-01395-CBD)

_____

Submitted:  October 20, 2011          Decided:  November 10, 2011

_____

Before GREGORY and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas B. Bacon, THOMAS B. BACON, PA, Cooper City, Florida, for
Appellants.    Christopher  R.  Dunn,  John  W.  Leonard,  DECARO,
DORAN,  SICILIANO,  GALLAGHER &  DEBLASIS,  LLP,  Bowie,  Maryland,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Denise Payne and Access for the Disabled, Inc., appeal the district court's orders dismissing their claims arising under Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181-12189 (2006), and denying their motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Access for the Disabled, Inc. v. J.C. Penney Props., Inc., No. 8:09-cv-01395-CBD (D. Md. Dec. 2, 2010; Jan. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2